# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: Sheena Medrano | Case No. |
| Plaintiff | COMPLAINT |
| v. | July Demand Requested |
| Account Discovery Systems, LLC<br>495 Commerce Drive, Suite 2<br>Amherst, NY 14228 | |
| Defendant | |

Now comes Plaintiff, by and through her attorneys, and, for her Complaint alleges as follows:

## JURISDICTION AND VENUE

1. This court has jurisdiction pursuant to 28 U.S.C. Section 1331, 1337, 1367; and 15 U.S.C. section 1692(d).

2. Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3. Plaintiff, Sheena Medrano (hereinafter "Plaintiff") incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").

4. Plaintiff is a resident of the State of Illinois.

5. Account Discovery Systems, LLC ("Defendant"), is an Illinois business entity with a corporate head office at 495 Commerce Drive, Suite 2, Amherst, NY 14228, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. Section 1692a(6).

6. Unless otherwise stated herein, the term "Defendant" shall refer to Account Discovery Systems, LLC.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

7. The Plaintiff allegedly incurred a financial obligation (the "Debt") to an original creditor (the "Creditor")
8. The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes and which meets the definition of a "debt" under 15 U.S.C. Section 1692(a)(5)
9. The Debt was purchased, assigned or transferred to Defendant for collection, or Defendant was employed by the Creditor to collect to Debt.
10. In the month of December, 2015, Defendant has begun a harassment campaign against Plaintiff.
11. Defendant has called Plaintiff's cellular phone multiple times per day.
12. On or about December 4, 2015, Defendant phoned Plaintiff's supervisor at Plaintiff's place of employment and left a voice mail specifically asking Plaintiff's supervisor to contact Defendant.

### Plaintiff Suffered Actual Damages

13. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendant's unlawful conduct.
14. As a direct consequence of the Defendant's acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT 1
## VIOLATIONS OF THE FDCPA-15 U.S.C. SECTION 1692, et seq.

15. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.
16. The Defendant violated Section 1692d(5) by causing the phone to ring with the intent to harass, annoy or abuse the Plaintiff.
17. The Defendant violated Section 1692c(b) by contacting Plaintiff's employer regarding the debt.
18. Plaintiff is entitled to damages as a result of Defendants' violations.

## JURY DEMAND

19. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

16, Plaintiff demands the following relief:

a. Judgment against Defendant, awarding the Plaintiff actual damages.

b. Judgment against each of the Defendant, awarding the Plaintiff Statutory damages

c. Judgment against Defendant, awarding the Plaintiff recovery of the costs of litigation and reasonable attorney's fees;

d. Judgment against Defendant, awarding the Plaintiff punitive damages in such amount as is found appropriate; and

e. Any other legal and/or equitable relief as the Court deems appropriate.

Respectfully submitted,

/s/ John Carlin
John P. Carlin #6277222
Chang & Carlin, LLP
1305 Remington Rd., Ste. C
Schaumburg, IL 60173
jcarlin@changandcarlin.com
Attorney for Plaintiff