## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| SHEENA MEDRANO ) ) Plaintiff, ) ) vs. ) ) ACCOUNT DISCOVERY SYSTEMS, LLC ) ) Defendant. ) | Civil Action No. 15-cv-10950 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sheena Medrano hereby provides notice of voluntary dismissal, with prejudice and without costs, disbursements, or attorneys' fees to either party as against the other, of the above-referenced matter against the Defendants and requests that the case be closed.

Dated: October 19, 2016

/s John P. Carlin
John P. Carlin, Esq.
Suburban Law Group PC
Attorneys for the Plaintiff
1305 Remington Road, Suite C
Schaumberg, IL 60173
P: 847-843-8600
jcarlin@suburbanlegalgroup.com

/s Brendan H. Little
Brendan H. Little, Esq.
Lippes Mathias Wexler Friedman LLP
Attorneys for the Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
blittle@lippes.com